**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>ARNOLD & PORTER LLP<br>Amie L. Medley, Esq. (SBN 266586); Marty Koresawa, Esq. (SBN 291967)<br>777 South Figueroa Street, Forty-Fourth Floor<br>Los Angeles, California 90017-5844<br>TELEPHONE NO.: (213) 243-4000   FAX NO. *(Optional)*  (213) 243-4199<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*  Plaintiffs BOSTON SCIENTIFIC CORPORATION; et al. | *FOR COURT USE ONLY* |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC]<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME:   CENTRAL DISTRICT |
|---|

| PLAINTIFF/PETITIONER: BOSTON SCIENTIFIC CORPORATION; et al.<br><br>DEFENDANT/RESPONDENT: EDWARDS LIFESCIENCES CORPORATION | CASE NUMBER:<br>8:16-cv-00730-CJC (GJSx) |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.<br>1327445RA |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  [✓] summons
    b.  [✓] complaint
    c.  [ ] Alternative Dispute Resolution (ADR) package
    d.  [ ] Civil Case Cover Sheet *(served in complex cases only)*
    e.  [ ] cross-complaint
    f.  [✓] other *(specify documents):* SEE ATTACHED LIST OF DOCUMENTS

3.  a.  Party served *(specify name of party as shown on documents served):*
        EDWARDS LIFESCIENCES CORPORATION

    b.  [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
        CT Corporation System, Agent, Received by Vivian Imperial, Intake Specialist

4.  Address where the party was served:
    818 West 7th Street, Suite 930, Los Angeles, California 90017
5.  I served the party *(check proper box)*
    a.  [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 04/20/2016    (2) at *(time):*  9:17 a.m.
    b.  [ ] by substituted service. On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ]  (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) [ ]  (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ]  (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or [ ] a declaration of mailing is attached.

        (5) [ ]  I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| SHORT TITLE: BOSTON SCIENTIFIC CORPORATION; et al. — v. EDWARDS LIFESCIENCES CORPORATION | CASE NUMBER: 8:16-cv-00730-CJC (GJSx) |

ATTACHED LIST OF DOCUMENTS

1. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;

2. NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

3. NOTICE OF INTERESTED PARTIES;

4. NOTICE OF ELECTRONIC FILING RE: NOTICE OF INTERESTED PARTIES;

5. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR
   TRADEMARK;

6. NOTICE OF ELECTRONIC FILING RE: REPORT ON THE FILING OF AN ACTION
   REGARDING A PATENT OR A TRADEMARK;

7. CIVIL COVER SHEET

Attached List of Documents to POS of Summons

#1327445RA

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

| This page may be used with any Judicial Council form or any other paper filed with the court. | Page __1/1__ |

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

| PLAINTIFF/PETITIONER: BOSTON SCIENTIFIC CORPORATION; et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: EDWARDS LIFESCIENCES CORPORATION | 8:16-cv-00730-CJC (GJSx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*  (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*


  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* EDWARDS LIFESCIENCES CORPORATION
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                    ☑ other: FRCP 4(h)(1)

7. **Person who served papers**
  a. Name: Juan Ramirez, Ace Attorney Service, Inc.
  b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
  c. Telephone number: (213) 623-3979
  d. **The fee** for service was: $
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: April 20, 2016

JUAN RAMIREZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)
                    ▶              (SIGNATURE )